Kucera, J. Elliott Drinard, Barnett I. Shur, Alexander G. Brown, Nathaniel H. Goldstick and Charles S. Rhyne filed a brief for the National Institute of Municipal Law Officers, as amicus curiae, in support of appellants.

No. 413.  WARREN ET AL., EXECUTORS, v. HIGGINS ET AL.; and

No. 414.  ZAHNISER ET AL. v. HIGGINS ET AL.  C. A. 3d Cir.  Certiorari denied.  Lynne Anderson Warren for petitioners in No. 413.  W. Walter Braham for petitioners in No. 414.  Harold R. Schmidt and John L. Laubach, Jr. for respondents.  Reported below: 279 F. 2d 46.

No. 416.  GENERAL ELECTRIC Co. v. GREPKE.  C. A. 7th Cir.  Certiorari denied.  Robert Y. Keegan and Harry LeVine, Jr. for petitioner.  Sol Rothberg for respondent.

No. 418.  EVANS ET AL. v. PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.  Peyton Ford, David M. Phelan, Frederick G. McGavin and Earl V. Compton for petitioners.  Anne X. Alpern, Attorney General of Pennsylvania, Alfred P. Filippone, Deputy Attorney General, and Huette F. Dowling, Special Deputy Attorney General, for respondent.

No. 420.  FLEURY v. WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.